WILLIAM E. HANNA, Appellant, *v.* THE COMMERCIAL
TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF
AMERICA, Respondent.

*Insurance (accident) — when action on policy barred by clause requiring
suit to be brought within one year after accident.*

*Hanna* v. *Commercial Travelers Mut. Acc. Assn.,* 204 App. Div.
258, affirmed.

(Argued May 7, 1923; decided May 29, 1923.)

APPEAL from a judgment, entered January 2, 1923,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing a judg-
ment in favor of plaintiff entered upon a verdict and
directing a dismissal of the complaint. The action was
to recover upon a policy of accident insurance. The
insured disappeared in 1913. His automobile in which
he had been riding when last seen was in 1917 dragged
up from the bottom of the Delaware river. The policy
provided that an action thereon must be commenced
within one year after the accident. This action was
commenced the latter part of the year 1918.

*W. Montague Geer, Jr.,* and *William F. Allen* for
appellant.

*Henry C. Moses, Eliphalet W. Tyler* and *M. W. Van
Auken* for respondent.

Judgment affirmed, with costs. Held, without consider-
ing any other questions, that plaintiff's action is barred by
the provisions of the policy requiring action to be com-
menced within one year from the date of the accident.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
McLAUGHLIN, CRANE and ANDREWS, JJ.